UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH,

    Petitioner,

v.

S. PEARMAN,

    Respondent.

Case No. 19-cv-03683-SI

**JUDGMENT**

This action for writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action to assert his claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 4, 2019

_____
SUSAN ILLSTON
United States District Judge